UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ELLIOTT,<br><br>            Petitioner,<br><br>       v.<br><br>M.C. KRAMER, Warden,<br><br>            Respondent. | NO. CV 08-00147 VAP (SS)<br><br>**ORDER ADOPTING FINDINGS,**<br>**CONCLUSIONS AND RECOMMENDATIONS**<br>**OF UNITED STATES MAGISTRATE JUDGE** |

   Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\
\\
\\
\\
\\

1        Accordingly, IT IS ORDERED THAT:

2

3        1.   The First Amended Petition is DENIED and Judgment shall be
4   entered dismissing this action with prejudice.

5

6        2.   The Clerk shall serve copies of this Order and the Judgment
7   herein by United States mail on Petitioner and on counsel for
8   Respondent.

9

10  DATED: January 10, 2009

    _____
    VIRGINIA A. PHILLIPS
    UNITED STATES DISTRICT JUDGE