**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ROBERT ELLIOTT, | ) | NO. CV 08-00147 VAP (SS) |
| Petitioner, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| M.C. KRAMER, Warden, | ) | |
| Respondent. | ) | |

   Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

   IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: January 10, 2009

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE